RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Louis Fahim Senegal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS FAHIM SENEGAL,<br><br>　　　　　Defendant. | Case No. 2:19-cr-062-APG-DJA<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE TO GOVERNMENT'S OBJECTION TO THE REPORT AND RECOMMENDATION (ECF NO. 52)**<br>(First Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Louis Fahim Senegal, that the response deadline to the Government's Objection to the Report and Recommendation (ECF No. 52) currently scheduled for Friday, January 17, 2020, be vacated and set to Friday, January 24, 2020.

This Stipulation is entered into for the following reasons:

1. On December 20, 2019, the Magistrate Judge Albregts issued a Report & Recommendation recommending that Senegal's Motion to Suppress Evidence be granted. ECF No. 50. On January 3, 2020, the government timely filed its Objections. ECF No. 52.

2. Senegal's response to the government's objections is due on January 17, 2020. The parties are actively working towards a resolution in this case which would obviate the need for continued litigation on the motion to suppress.

3. The requested continuance would permit the parties sufficient time to attempt to negotiate the matter

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the response deadline date filed herein.

DATED this 9th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NCHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-062-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| LOUIS FAHIM SENEGAL, | |
| Defendant. | |

## ORDER

IT IS THEREFORE ORDERED that defense counsel's response to the Government's Objection to the Report and Recommendation (ECF No. 52) currently due on Friday, January 17, 2020, be vacated and continued to Friday, January 24, 2020.

Dated: January 10, 2020.

_____
UNITED STATES DISTRICT JUDGE