RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Louis Fahim Senegal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOUIS FAHIM SENEGAL,<br><br>        Defendant. | Case No. 2:19-cr-062-APG-DJA<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE DEADLINE TO MOTION TO REOPEN DETENTION HEARING (ECF NO. 51)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Louis Fahim Senegal, that the Government's response deadline to the defendant's Motion to Reopen Detention Hearing (ECF No. 51) currently scheduled for Friday, January 10, 2020, be vacated and set to Friday, January 17, 2020.

This Stipulation is entered into for the following reasons:

1. On December 27, 2019, Mr. Senegal filed a Motion to Reopen Detention Hearing (ECF No. 51). The government's response is due on January 10, 2020.

2. The parties are actively working towards a resolution in this case which would obviate the need for continued litigation.

3. The requested continuance would permit the parties sufficient time to attempt to negotiate the matter.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the response deadline date filed herein.

DATED this 9th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NCHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS FAHIM SENEGAL,

    Defendant.

Case No. 2:19-cr-062-APG-DJA

ORDER

## **ORDER**

IT IS THEREFORE ORDERED that the Government's response to the Defendant's Motion to Reopen Detention Hearing (ECF No. 51) currently due on Friday, January 10, 2020, be vacated and continued to Friday, January 17, 2020.

DATED this 10th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE