RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Louis Fahim Senegal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS FAHIM SENEGAL,<br><br>Defendant. | Case No. 2:19-cr-062-APG-DJA<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE TO GOVERNMENT'S OBJECTION TO THE REPORT AND RECOMMENDATION (ECF NO. 52)**<br>(Second Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Louis Fahim Senegal, that the response deadline to the Government's Objection to the Report and Recommendation (ECF No. 52) currently scheduled for Friday, January 24, 2020, be vacated and set to Friday, January 31, 2020.

This Stipulation is entered into for the following reasons:

1. On December 20, 2019, Magistrate Judge Albregts issued a Report & Recommendation recommending that Senegal's Motion to Suppress Evidence be granted. ECF No. 50. On January 3, 2020, the government timely filed its Objections. ECF No. 52.

2. Mr. Senegal's response to the government's objections is currently due on January 24, 2020. The parties had been actively working towards a resolution in this case which would have obviated the need for continued litigation on the motion to suppress. The parties have been unable to negotiate the matter.

3. The requested continuance will permit Mr. Senegal sufficient time to draft and file a response to the government's objections.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request to continue the response deadline date filed herein.

DATED this 24th day of January, 2020.

RENE L. VALLADARES
Federal Public Defender

 */s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender

NCHOLAS A. TRUTANICH
United States Attorney

 */s/ Shaheen Torgoley*
By_____
SHAHEEN TORGOLEY
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS FAHIM SENEGAL,

    Defendant.

Case No. 2:19-cr-062-APG-DJA

ORDER

## **ORDER**

IT IS THEREFORE ORDERED that defense counsel's response to the Government's Objection to the Report and Recommendation (ECF No. 52) currently due on Friday, January 24, 2020, be vacated and continued to Friday, January 31, 2020.

Dated: January 24, 2020.

_____
UNITED STATES DISTRICT JUDGE