# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LOUIS FAHIM SENEGAL,<br><br>Defendant | Case No. 2:19-cr-00062-APG-DJA<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>[ECF Nos. 32, 50] |

Defendant Louis Senegal filed a motion to suppress evidence seized in connection with a search of his residence. ECF No. 32. After conducting an evidentiary hearing, Magistrate Judge Albregts recommended that the motion be granted. ECF No. 50. The Government objected (ECF No. 52) and Mr. Senegal responded (ECF No. 60). I have conducted a *de novo* review of the motion to suppress and related papers as required by Local Rule IB 3-2(b). Judge Albregts' Report and Recommendation sets forth the proper legal analysis and factual bases for the decision, so I accept and adopt it as my own.

I THEREFORE ORDER that Magistrate Judge Albregts' Report and Recommendation **(ECF No. 50) is accepted**. Mr. Senegal's motion to suppress **(ECF No. 32) is GRANTED.** The evidence seized during the search and Senegal's DNA are suppressed.

Dated: February 19, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE