RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Louis Fahim Senegal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Louis Fahim Senegal,<br><br>　　　　Defendant. | Case No. 2:19-cr-062-APG-DJA<br><br>**Stipulation to Set Joint Change of Plea and Sentencing Hearing and to Order Probation to Prepare a Presentence Investigation Report** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Louis Fahim Senegal, that this Court schedule a joint change of plea and sentencing hearing in seventy-five (75) days. Should this Court be inclined to set a joint hearing, the parties further request this Court order probation to prepare a presentence investigation report.

The Stipulation is entered for the following reasons:

1. Mr. Senegal has entered into a plea agreement with the government. The executed plea agreement has been forwarded to this Court's deputy clerk. The parties request that this court set the change of plea and sentencing on the same day. Considering the COVID-19 pandemic, this will alleviate the need for an additional hearing and expedite resolution of this case. This will also permit Mr. Senegal to take full advantage of requesting a credit for time served sentence (a benefit conferred by the plea agreement) without having to request an expedited sentencing hearing or wait the traditional 90 days from the date of the change of plea hearing. The parties request that this hearing be scheduled in 75 days to permit probation to prepare the presentence investigation report.

2. Probation has no objection and can complete the presentence investigation report 75 days from the date of Mr. Senegal's interview.[1] Probation however requires an order from this Court directing it to prepare the report. Accordingly, if this Court is inclined to conduct the two hearings on the same day, the parties request an order that the presentence investigation report be prepared.

3. The parties have contemporaneously filed a stipulation to continue the calendar call and trial dates in order to have the necessary time to set the hearing.

---

[1] Mr. Senegal had his presentence investigation interview with probation earlier this week.

2

4.  The defendant agrees with the request to have a joint plea and sentencing hearing. He further agrees to have both hearings proceed via videoconference whether held individually or jointly.[2]

DATED this 24th day of April, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

---

[2] Defense cousel will provide this Court's deputy clerk with a written and signed waiver.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States, | Case No. 2:19-cr-062-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| Louis Fahim Senegal, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the change of plea and sentencing hearing is scheduled on July 7, 2020 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 24th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE