RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Louis Fahim Senegal

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States,<br><br>  Plaintiff,<br><br>  v.<br><br>Louis Fahim Senegal,<br><br>  Defendant. | Case No. 2:19-cr-062-APG-DJA<br><br>**Unopposed Motion to Order Probation to Prepare a Presentence Investigation Report**[1]<br><br>**ORDER** |

Mr. Senegal has entered into a plea agreement with the government. The parties requested that this Court set the change of plea and sentencing on the same day. A hearing has been scheduled for July 7, 2020.[2]

Probation is aware that Mr. Senegal intends to request a credit for time served. Probation has no objection to Mr. Senegal's request to complete the

---

[1] I originally filed this request with the parties' stipulation to set a joint plea and sentencing hearing. ECF No. 67. As noted by the Clerk's Office in ECF No. 68, this filing was incorrect as it should have been made in a separate document and filing.

[2] ECF No. 69.

presentence investigation report in advance of the change of plea hearing. Probation requests that it have 75 days from the date of Mr. Senegal's interview to complete the report.[3] Probation however requires an order from this Court directing it to prepare the report. Accordingly, if this Court is inclined to conduct the two hearings on the same day, the parties request an order that the presentence investigation report be prepared.

The government does not oppose this request. The government, however, has retained the right to oppose Mr. Senegal's request for a credit for time served sentence (or any requested downward variance) and will recommend a sentence that is within the advisory guideline range.

The defendant also does not oppose this request. He has requested to have a joint plea and sentencing hearing so that he can take full advantage of the plea agreement which permits him to seek a credit for time served sentence. He further agrees to have both hearings proceed via videoconference whether held individually or jointly.[4]

DATED this 27th day of April, 2020.

By */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender

---

[3] Mr. Senegal had his presentence investigation interview with probation on April 21, 2020. Mr. Senegal has also waived the time limits under Federal Rule of Criminal Procedure 32 so that the preparation of his PSR may be expedited. This waiver is being filed contemparenously with the instant motion.

[4] Defense cousel has provided this Court's deputy court clerk with a written and signed waiver.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States, | Case No. 2:19-cr-062-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| Louis Fahim Senegal, | |
| Defendant. | |

IT IS ORDERED that this matter is referred to the probation department for investigation and report.

Dated: April 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

3