RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Louis Fahim Senegal

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-062-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE JOINT CHANGE OF PLEA AND SENTENCING HEARING** |
| v. | (First Request) |
| LOUIS FAHIM SENEGAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Louis Fahim Senegal, that the Joint Change of Plea and Sentencing Hearing currently scheduled on July 7, 2020 at 10:00 am, be vacated and continued to July 16, 2020 at 3:00 pm.

This Stipulation is entered into for the following reasons:

1.      Defense counsel is scheduled to be out of the jurisdiction on the currently scheduled hearing date. Having conferred with the Court regarding its availability, the parties request that this matter be scheduled for July 16, 2020 at 3:00 p.m.

1    2.    The defendant is in custody and agrees with the need for the continuance.

2    3.    The parties agree to the continuance.

3    This is the first request for a continuance of the joint change of plea and sentencing

4    hearing.

5    DATED this 16th day of June, 2020.

6

7    RENE L. VALLADARES                     NICHOLAS A. TRUTANICH
     Federal Public Defender                United States Attorney

8

9       */s/ Raquel Lazo*                       */s/ Shaheen Torgoley*
     By_____      By_____

10   RAQUEL LAZO                            SHAHEEN TORGOLEY
     Assistant Federal Public Defender      Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-062-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| LOUIS FAHIM SENEGAL, | |
| Defendant. | |

9

10

11

12

13

    IT IS THEREFORE ORDERED that the joint change of plea and sentencing hearing currently scheduled for Tuesday, July 7, 2020 at 10:00 a.m., be vacated and continued to Thursday, July 16, 2020 at the hour of 3:00 p.m.

    DATED this 16th day of June, 2020.

14

15

16

_____

UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3