```
                    ____ FILED        ____ RECEIVED
                    ____ ENTERED      ____ SERVED ON
                                      COUNSEL/PARTIES OF RECORD

                            July 15, 2020

                        CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LOUIS FAHIM SENEGAL,<br><br>            Defendant. | 2:19-CR-062-APG-DJA<br><br>**Preliminary Order of Forfeiture** |

This Court finds Louis Fahim Senegal pled guilty to Count One of a Nine-Count Superseding Criminal Indictment charging him with conspiracy to distribute marijuana in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846. Superseding Criminal Indictment, ECF No. 19; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Louis Fahim Senegal agreed to the forfeiture of the property set forth in the Stipulation to Modify the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 19; Change of Plea, ECF No. __; Stipulation to Modify the Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Stipulation to Modify the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Indictment and the offense to which Louis Fahim Senegal pled guilty.

The following property is (1) any firearm or ammunition involved in or used in any violation of any other criminal law of the United States, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846; (2) any firearm or ammunition intended to be used in any offense punishable under the Controlled Substances Act, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846; (3) any

property, real or personal, which constitutes or is derived from proceeds traceable to violations of 21 U.S.C. § 841(a)(1), a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(D), or 21 U.S.C. § 846, conspiracy to commit such offense (4) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846; (5) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846; (6) all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846; and (7) any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in 21 U.S.C. § 881(a)(1) and 881(a)(2), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846, and are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c):

1. Anderson Manufacturing Rifle, S/N: 14038246;
2. Davis Industries Handgun, S/N: AP370753;
3. Springfield Armory Handgun, S/N: 309393;
4. $47,743.31; and
5. any and all ammunition

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

1  This Court finds the United States of America is now entitled to, and should, reduce
2 the aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
4 DECREED that the United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
6 rights, ownership rights, and all rights, titles, and interests of Louis Fahim Senegal in the
7 aforementioned property are forfeited and are vested in the United States of America and
8 shall be safely held by the United States of America until further order of the Court.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States
10 of America shall publish for at least thirty (30) consecutive days on the official internet
11 government forfeiture website, www.forfeiture.gov, notice of this Order, which shall
12 describe the forfeited property, state the time under the applicable statute when a petition
13 contesting the forfeiture must be filed, and state the name and contact information for the
14 government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)
15 and 21 U.S.C. § 853(n)(2).
16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
17 or entity who claims an interest in the aforementioned property must file a petition for a
18 hearing to adjudicate the validity of the petitioner's alleged interest in the property, which
19 petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C §
20 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's
21 right, title, or interest in the forfeited property and any additional facts supporting the
22 petitioner's petition and the relief sought.
23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
24 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
25 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was
26 not sent, no later than sixty (60) days after the first day of the publication on the official
27 internet government forfeiture site, www.forfeiture.gov.
28 / / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>Daniel D. Hollingsworth
>Assistant United States Attorney
>James A. Blum
>Assistant United States Attorney
>501 Las Vegas Boulevard South, Suite 1100
>Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED July 15, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE